IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CAROLYN R. GROVES                                             PLAINTIFF

v.                            No. 1:12-cv-42-DPM

USABLE LIFE                                                   DEFENDANT

## JUDGMENT

Groves's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2013