IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAROLYN R. GROVES**                              **PLAINTIFF**

v.                    No. 1:12-cv-42-DPM

**USABLE LIFE**                                     **DEFENDANT**

## JUDGMENT

Groves's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2013